**95–320.** State ex rel. Stiller v. Columbiana Exempted Village School Dist. Bd. of Edn. *Columbiana County,* No. 94–C–13. On request for oral argument. Request denied.

**95–510.** Meijer, Inc. v. Montgomery Cty. Bd. of Revision. Board of Tax Appeals, Nos. 93M731, 93M732 and 93M733. On joint motion for mediation. Motion denied.

PFEIFER, J., dissents.

**95–576.** State ex rel. Brecksville Edn. Assn./OEA/NEA v. State Emp. Relations Bd. In Mandamus. On request for oral argument. Request denied.

DOUGLAS and F.E. SWEENEY, JJ., dissent.

**95–742.** State ex rel. Grissom v. Indus. Comm. *Franklin County,* No. 94APD02–269. On motion to dismiss. Motion denied.

**95–743.** State ex rel. Eaton Corp. v. Indus. Comm. *Franklin County,* No. 93APD10–1447. On motion to consolidate case with 95–1131, *State ex rel. Eaton Corp. v. Indus. Comm.,* Franklin County, No. 93APD10–1420. Motion denied.

**95–817.** State v. Jordan. *Clinton County,* No. CA94–02–004. On motion for reconsideration under S.Ct.Prac.R. XI(1)(B) filed *pro se.* Motion denied.

**95–907.** State v. Jones. *Cuyahoga County,* No. 64774. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., DOUGLAS and PFEIFER, JJ., dissent.

**95–1160.** Shea v. BASF Corp. *Paulding County,* No. 11–95–2. On motion for leave to file statement of additional authorities. Motion granted.

**95–1215.** Smith v. Smith. *Cuyahoga County,* No. 67806. On motion to dismiss appeal of Timothy Johnson. Motion denied.

**95–1226.** Avon v. Tracy. *Lorain County,* No. 94CA005983. On motion to expedite by city of Avon. Motion denied.

DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.

**95–1380.** State ex rel. Alben v. State Emp. Relations Bd. In Mandamus. On answer of respondent. *Sua sponte,* alternative writ granted.

**95–1400.** In re Bunting Children. *Stark County,* No. 94CA0264. On review of order certifying a conflict. The court determines that a conflict exists; *sua sponte,* cause held for the decision in 95–1213, *In re Bunting Children,* Stark County, No. 94CA0264; briefing schedule stayed.

**95–1437.** State v. Prowant. *Lorain County,* No. 92CA005394. On motion for leave to file delayed appeal. Motion denied.

COOK, J., not participating.

**95–1452.** State v. Totarella. *Cuyahoga County,* No. 67968. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., DOUGLAS and RESNICK, JJ., dissent.

**95–1477.** State v. Higgins. *Cuyahoga County,* No. 64986. On motion for leave to file delayed appeal. Motion denied.

WRIGHT, J., dissents.

**95–1499.** State v. Corethers. *Cuyahoga County,* No. 67510. On motion for leave to file delayed appeal. Motion denied.

DOUGLAS and RESNICK, JJ., dissent.

**95–1504.** State v. Scott. *Cuyahoga County,* No. 66846. On motion to expedite appeal and on motion for release pending appeal. Motions denied.

On motion for leave to file delayed appeal. Motion denied.

RESNICK and PFEIFER, JJ., dissent.

**95–1517.** State v. Woody. *Stark County,* No. CA–9390. On motion for leave to file delayed appeal. Motion denied.